AZTEC LEGAL GROUP LLC
JEREMY G. MONDEJAR
NEVADA BAR #11213
2885 East Charleston Blvd., Suite 103
(702) 816-6611
help@azteclegalgroup.com

IN THE UNITED STATES DISTRICT COURT

COUNTY OF CLARK, STATE OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY ALAN GONSALVES<br><br>Defendant | CASE NUMBER: 2:24-MJ-00413-BNW<br><br>STIPULATION TO EXTEND DEADLINE FOR STATUS REPORT AND CONTINUE CONFRENCE STATUS CHECK. |

**STIPULATION TO EXTEND DEADLINE FOR STATUS REPORT
AND CONTINUE CONFRENCE STATUS CHECK**

It is HEREBY STIPULATED by and between counsel for Defendant, Jeremy G. Mondejar Esq. and ~~the District~~ ASSISTANT U.S. Attorney, Skyler Pearson, that the deadline for the status report filing set for July 24th 2025 be continu~~ance as well as~~ TO THE DATE OF the conference status check set on calendar for July 31, 2025.

DATED this 23rd day of July, 2025

Respectfully submitted by:

_____
JEREMY G. MONDEJAR, ESQ.
Nevada Bar No.: 11213
ATTORNEY FOR JEFFREY ALAN GONSALVES

RECIEPT OF COPY of the above STIPULATION TO EXTEND DEADLINE FOR STATUS REPORT AND CONTINUE CONFRENCE STATUS CHECK is hereby acknowledged on this

23RD Day of JULY, 205

_____
~~DISTRICT ATTORNEY~~- SKYLER PEARSON
ASSISTANT U.S. ATTORNEY

CASE NUMBER: 2:24-MJ-00413-BNWSTIPULATION TO EXTEND DEADLINE FOR STATUS REPORT AND CONTINUE CONFRENCE STATUS CHECK. - 1

**ORDER TO EXTEND DEALINE FOR JOINT STATUS REPORT AND CONTIUANCE OF CONFRENCE STATUS CHECK DATE**

For good cause appearing, IT IS HEREBY ORDERED that the deadline for the status report filing date currently set for July 24, 2025, with regard to the above referenced matter be re-set for the __29th__ day of __September__, 2025 at the hour of __2:00pm__ as well as the Conference status check set on July 31st 2025 at 9:30am be vacated and re-set for the __9th__ day of __Ocotber__, 2025 at 9:30am.

DATED and DONE this __25__ day of __July__, 2025.

_____
Judge: Brenda Weksler

CASE NUMBER: 2:24-MJ-00413-BNWSTIPULATION TO EXTEND DEADLINE FOR STATUS REPORT AND CONTINUE CONFRENCE STATUS CHECK. - 2