```
1   AZTEC LEGAL GROUP LLC
    JEREMY G. MONDEJAR
2   NEVADA BAR #11213
    2885 East Charleston Blvd., Suite 103
3   (702) 816-6611
    help@azteclegalgroup.com
4
```

UNITED STATES DISTRICT COURT

COUNTY OF CLARK, STATE OF NEVADA

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JEFFFEY ALAN GONSALVES

    Defendant

CASE NUMBER: 2:24-MJ-00413-BNW

JOINT STATUS REPORT

**JOINT STATUS REPORT**

    COMES NOW, attorney JEREMY G MONDEJAR counsel for defendant JEFFREY ALAN GONSALVES and respectfully submits this status report. Defendant Jeffrey Alan Gonsalves entered a Guilty Plea on July 24, 2024 for one count of OPERATING A MOTOR VEHICLE WHILE UNDER THE INFLUENCE OF ALCOHOL, a violation of 36 C.F.R. 4.23(a)(1), a class B misdemeanor. Conditions were ordered as the following, 1. Defendant to pay a $800 fine and mandatory $10 penalty assessment; 2. Defendant to attend and complete the lower court counseling (1) DUI course and (2) Victim Impact Panel; 3. Defendant to complete an eight (8) hour online alcohol awareness course; 4. The defendant not to return to Lake Mead National Recreation Area for a period of six months; 5. Defendant to not violate any local, state, or federal laws. Upon successful completion of said conditions within the twelve (12) months of his unsupervised probation and having not violated any local, state or federal laws during his the twelve (12) months of his unsupervised probations, the parties shall jointly move to allow the defendant to withdraw his guilty plea to Count One, and the Government will move to amend Count One to a charge of Reckless Driving, a violation of 36 CFR 4.2 (b), NRS 484.653(1). Along with this Status report we have attached copies of defendant Jeffrey Gonsalves' certificates of completion of his requirements (EXHIBITS B, C and D) and proof of payment of fine (EXHIBIT A).

CASE NUMBER: 2:24-MJ-00413-BNW JOINT STATUS REPORT - 1

We respectfully request this case to be closed as defendant has successfully completed all requirements in his conditions and has stayed out of trouble during his twelve months of unsupervised probation.

DATED this 24th day of September, 2025

Respectfully submitted by:

JEREMY G. MONDEJAR, ESQ.
Nevada Bar No.: 11213
ATTORNEY FOR JEFFREY GONSALVES

Assistant U.S. Attorney
Skyler Pearson

## ORDER

Given the parties' joint request to close this case because the Defendant has successfully completed all the requirements of his conditions, this Court **ORDERS** that the case be closed.

**IT IS SO ORDERED**

**DATED:** 3:31 pm, September 26, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

CASE NUMBER: 2:24-MJ-00413-BNW JOINT STATUS REPORT - 2

# EXHIBIT A

## PROOF OF PAYMENT

Generated: Jun 2, 2025 1:58PM

# U.S. District Court

## Nevada None - Las Vegas

Receipt Date: Jun 2, 2025 1:58

Jeffrey Gonsalves

Rcpt. No: 200014642          Trans. Date: Jun 2, 2025 1:58PM          Cashier ID: #MM1645

| CD | Purpose | Case/Party/Defendant | Qty | Price | A |
|---|---|---|---|---|---|
| 700 | Criminal Debt | DNVX224MJ000413 /001 | 1 | 810.00 | 810. |

| CD | Tender | | | | |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $810 |

Total Due Prior to Payment:     $810
Total Tendered:                 $810
Total Cash Received:

Only when the bank clears t[he check and the court receives the fu]nds, is the fee or debt officially paid or discharged. A $53 fe[e]
will be charged for a returne[d check]

```
      COURTS/USDC-NV
   333 LAS VEGAS BLVD S STE
      LAS VEGAS, NV 89101
        (702) 464-5440

             SALE

                    REF#: 00000003
Batch #: 153001     RRN: 260100001
06/02/25                   13:47:11
APPR CODE: 105355
VISA                      Contactless
************4148

AMOUNT          $810.00

            APPROVED

VISA DEBIT
AID: A0000000031010
TVR: 00 00 00 00 00

          CUSTOMER COPY
```

# EXHIBIT B

## CERTIFICATE OF COMPLETION

## DUI SCHOOL

CASE NUMBER: 2:24-MJ-00413-BNW JOINT STATUS REPORT - 4



# LRS SYSTEMS

Main Office: 600 S. 7th St., Las Vegas, NV 89101
Classroom: 302 Tin St., Henderson, NV 89015
Tel: 702-732-0214 * Fax: 702-714-0906

## LVMC D.U.I.
### Completion Certificate

Student Name: Jeff Gonsalves
Date of Birth: 6/29/1959

SCHOOL NAME: LRS Systems, Ltd.
SCHOOL LICENSE NO.: TSS000024547, DUI000024531, PRDS00027789
COURSE COMPLETED: LVMC D.U.I.

DATE COMPLETED: 07-24-2025 02:16:54 PM

Under penalty of perjury, I hearby certify all statements on this form are true and that I completed the final exam.

_____   _____
Student's Signature                Date

_____   _____
Parent/Guardian's Signature (required if student is under 18)   Date

*[signature]*
Frank Karr
LRS Systems, Ltd.

| | |
|---|---|
| | This instrument was acknowledged by: _____ |
| | Date of: _____ (Month/Day/Year) |
| | Notary Public for the State of _____ |
| | In the Country of _____ |
| | My Commission expires _____ |
| | Signature of Notary Public |

# EXHIBIT C

## CERTIFICATE OF COMPLETION

## VICTIM IMPACT PANEL

CASE NUMBER: 2:24-MJ-00413-BNW JOINT STATUS REPORT - 5



RECEIVED JUL 2_ 2025 BY: __

STOP DUI VIP PAID

☐ Las Vegas Justice
☐ Las Vegas Municipal
☐ Henderson Justice
☐ Henderson Municipal
☐ Boulder City Justice
☐ Boulder City Municipal
☐ N. Las Vegas Justice
☐ N. Las Vegas Municipal
☒ Clark County District Court
☐ Juvenile
☐ Other: FDUT

## STOP DUI VICTIM IMPACT PANEL

Contact: (702) 376-1238 Monday-Thursday 8:00AM-5:00PM * Closed Weekends & Holidays.
*DEFENDANTS ARE RESPONSIBLE FOR ENSURING ALL INFORMATION IS CORRECT*

Case No: 24-MJ-413-BNW

**DEFENDANTS COPY**

Last Name (Print): Gonsalves    AKA:

First Name (Print): Jeffrey    Middle Name: Alan    DOB: 6/29/1959

FEE: 75.00 Cash or money order only.
STOP DUI does not waive attendance fees without an original official court waiver. Guests may attend for 25.00.

English Class: 2nd Wednesday of the month, 302 Tin Street, Henderson, NV 89015. Located in the Special Programs modular building off Water Street and Basic Rd.

English/Spanish Classes: 4th Wednesday of the month, 302 Tin Street, Henderson, NV 89015, Located in the Special Programs modular building off Water Street and Basic Rd.

Class dates are listed on www.stopdui.org

Check in 6:00 PM * Classes are 7:00PM-8:30PM

*Court referral form, photo ID, case number, and appropriate court room attire required.
*Must not arrive under the influence alcohol, marijuana, or other drugs * Strictly enforced by law enforcement.
*Must not arrive with the odor of alcohol or marijuana on your person.
*Maintaining receipt of payment and attendance is your responsibility*This is your proof of compliance. (30.00 replacement fee.)
*No children under the age of 10 permitted.
*Juvenile referrals must be accompanied by a parent or adult guardian.
*No one admitted after the class begins.

STOP DUI: _____    Date: 7/25/2025

# EXHIBIT D

## CERTIFICATE OF COMPLETION

## ALCOHOL & OTHER DRUGS

## ALCOHOL AWARENESS COURSE

CASE NUMBER: 2:24-MJ-00413-BNW JOINT STATUS REPORT - 6

# Diploma

## LRS SYSTEMS

600 S. 7th St., Las Vegas, NV 89101  Tel 702-732-0214 * Fax 702-714-0906

### Alcohol & Other Drugs (8 Hours)
### Completion Certificate

Student Name: Jeff Gonsalves
Date of Birth: 6/29/1959

Court: Clark county district court
Judge: Brenda Weksler
Case Number: 24-mj-413-bnw
Return To Court: 9/29/2025



SCHOOL NAME: LRS Systems, Ltd.
SCHOOL LICENSE NO.: TSS000024547, DUI000024531, PRDS00027789
COURSE COMPLETED: Alcohol & Other Drugs (8 Hours)

DATE COMPLETED: 09-23-2025 05:18:28 PM

Under penalty of perjury, I hearby certify all statements on this form are true and that I completed the final exam.

_____    _____
Student's Signature                Date

_____    _____
Parent/Guardian's Signature (required if student is under 18)   Date

*Frank Karr*
LRS Systems, Ltd.